# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>          Plaintiff(s),<br><br>     v.<br><br>SM FROZEN DESSERTS LLC<br><br>          Defendant(s). | CASE NO.<br>2:20−cv−10241−DSF−PLA<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before December 6, 2021. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: November 4, 2021         /s/ *Dale S. Fischer*
                               Dale S. Fischer
                               United States District Judge