JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>　　Plaintiff,<br><br>　　　v.<br><br>SM FROZEN DESSERTS LLC,<br>　　Defendant. | CV 20-10241 DSF (PLAx)<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff recover $4,000 in statutory damages and $435 in costs for a total of $4,435.

Date: July 15, 2022

_____
Dale S. Fischer
United States District Judge